

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00004-CR

---

MONTY MORGAN BRITTAIN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 21,725-2012

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Monty Morgan Brittain, appellant, has filed a motion to dismiss his appeal. The motion was signed by both Brittain and his counsel in compliance with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Jack Carter
Justice


Date Submitted:     February 19, 2014
Date Decided:       February 20, 2014

Do Not Publish